STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MAYA KARWANDE (CABN 295554)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7200
  FAX: (415) 436-7234
  maya.karawande@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:22-mj-70869 MAG |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING AND TO EXCLUDE TIME UNDER RULE 5.1 AND THE SPEEDY TRIAL ACT |
| v. | |
| Chynna Lachae CROSBY, | |
| Defendant. | |

The parties in the above-captioned case are scheduled to appear for a preliminary hearing or status on September 30 2022. The parties jointly agree and request that the hearing be continued until October 21, 2022.

The parties stipulate that the time from September 30, 2022, through and including October 21, 2022, should be excluded from the period of time within which to conduct a preliminary hearing or charge by Indictment under Federal Rule of Criminal Procedure 5.1 and 18 U.S.C. § 3161(b). The parties further stipulate that the time from September 30, 2022, through and including October 21, 2022, should be excluded from the period of time within which the defendant's trial must commence pursuant

STIP. AND ORDER TO CONTINUE
22-mj-70869 MAG

to the Speedy Trial Act because a failure to do so would unreasonably deny the defendant the reasonable time necessary for effective preparation, particularly in light of the anticipated discovery that counsel will review with his client.  The parties agree that the ends of justice served by granting the request outweigh the best interest of the public and the defendant in a speedy trial.  Defendant Chynna Lachae Crosby, has been advised of the requested continuance and specifically consents to the exclusion of time within which to conduct a preliminary hearing in this matter, and to the extension of the date by which an indictment or information must be filed.

**IT IS SO STIPULATED.**             STEPHANIE M. HINDS
                                     United States Attorney


Dated: September 29, 2022            _____/s/_____
                                     MAYA KARWANDE
                                     Assistant United States Attorney

Dated: September 29, 2022

                                     _____/s/_____
                                     JOHN PAUL REICHMUTH
                                     Counsel for Defendant Chynna Lachae
                                     Crosby

STIP. AND ORDER TO CONTINUE
22-mj-70869 MAG

**ORDER**

Based on the stipulations of the parties above, and for good cause shown, the status or preliminary hearing will be continued until October 21, 2022. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, as well as to waive the timing for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the time period set forth in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The status or preliminary hearing in this matter is continued to September 30, 2022. The time period from September 30, 2022 to October 21, 2022, inclusive, is excluded in computing the time within which an information or indictment must be filed under 18 U.S.C. § 3161(b) pursuant to the provisions of 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

IT IS SO ORDERED.

September 29, 2022
DATE



HON. DONNA M. RYU
United States Magistrate Judge

STIP. AND ORDER TO CONTINUE
22-mj-70869 MAG