1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  MAYA KARWANDE (CABN 295554)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        maya.karawande@usdoj.gov
8

9
   Attorneys for United States of America
10
                          UNITED STATES DISTRICT COURT
11
                         NORTHERN DISTRICT OF CALIFORNIA
12
                                 OAKLAND DIVISION
13

14 UNITED STATES OF AMERICA,              ) Case No. 4:22-mj-70869 MAG
                                          )
15        Plaintiff,                      ) STIPULATION AND ORDER TO CONTINUE
                                          ) HEARING AND TO EXCLUDE TIME UNDER
16    v.                                  ) RULE 5.1 AND THE SPEEDY TRIAL ACT
                                          )
17                                        )
   CHYNNA LACHAE CROSBY,                  )
18                                        )
          Defendant.                      )
19                                        )
                                          )
20

21        The parties in the above-captioned case are scheduled to appear for a status on November 17,

22 2022. The parties jointly agree and request that the hearing be continued until December 15, 2022.

23        The parties stipulate that the time from November 17, 2022, through and including December 15,

24 2022, should be excluded from the period of time within which to conduct a preliminary hearing or

25 charge by Indictment under Federal Rule of Criminal Procedure 5.1 and 18 U.S.C. § 3161(b). The

26 parties further stipulate that the time from November 17, 2022, through and including December 15,

27 2022, should be excluded from the period of time within which the defendant's trial must commence

28 pursuant to the Speedy Trial Act because a failure to do so would unreasonably deny the defendant the

STIP. AND ORDER TO CONTINUE
22-mj-70869 MAG

reasonable time necessary for effective preparation, particularly in light of the anticipated discovery that counsel will review with his client.  The parties agree that the ends of justice served by granting the request outweigh the best interest of the public and the defendant in a speedy trial.  Defendant Chynna Lachae Crosby, has been advised of the requested continuance and specifically consents to the exclusion of time within which to conduct a preliminary hearing in this matter, and to the extension of the date by which an indictment or information must be filed.

**IT IS SO STIPULATED.**

STEPHANIE M. HINDS
United States Attorney

Dated: November 16, 2022

_____/s/_____
MAYA KARWANDE
Assistant United States Attorney

Dated: November 16, 2022

_____/s/_____
JOHN PAUL REICHMUTH
Counsel for Defendant Chynna Lachae Crosby

STIP. AND ORDER TO CONTINUE
22-mj-70869 MAG

**ORDER**

Based on the stipulations of the parties above, and for good cause shown, the status or preliminary hearing will be continued until December 15, 2022. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, as well as to waive the timing for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the time period set forth in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The status or preliminary hearing in this matter is continued to December 15, 2022. The time period from November 17, 2022 -December 15, 2022, inclusive, is excluded in computing the time within which an information or indictment must be filed under 18 U.S.C. § 3161(b) pursuant to the provisions of 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

IT IS SO ORDERED.

November 16, 2022
DATE



HON. DONNA M. RYU
United States Magistrate Judge

STIP. AND ORDER TO CONTINUE
22-mj-70869 MAG